UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES CRAWFORD,

      Plaintiff,

v.

ALEJANDRO N. MAYORKAS,

      Defendant.

Civil Action No. 22-1491 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss, ECF 5, is **GRANTED**, and this case is **DISMISSED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 29, 2024

1